# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| SEBASTIAN PEREZ-GOMEZ | ) |
| | ) |
| | ) |
| _Defendant_ | |

Case No. 1:26-mj- 57

**FILED**

FEB 2 3 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     SEBASTIAN PEREZ-GOMEZ                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Reentering the United States without the prior express consent of the Secretary of Homeland Security after having been previously removed from the
United States, in violation of 8 U.S.C. § 1326(a).

Date:   02/20/2026

_Issuing officer's signature_

City and state:     Chattanooga, TN

Hon. Mike J. Dumitru, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_  2/20/2026 , and the person was arrested on _(date)_  2/18/2026 |
| at _(city and state)_                                      . |

Date:  2/20/2026

_Arresting officer's signature_

G. David Nulty   Special Agent
_Printed name and title_